```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEZEKIAH THOMAS,              :    CIVIL ACTION
                              :    No. 01-3096
     Plaintiff,               :
                              :
v.                            :
                              :
RICHARD CIANFRANI,            :
et al.,                       :
                              :
     Defendants.              :
```

### O R D E R

**AND NOW**, this **17th day of June 2009**, it is hereby **ORDERED** that, for the reasons stated in the accompanying memorandum, Defendants' motion for summary judgment (doc. no. 71) is **GRANTED**.

    **AND IT IS SO ORDERED.**

                                                       S/Eduardo C. Robreno
                                                      **EDUARDO C. ROBRENO, J.**